# United States Court of Appeals
## For the First Circuit

No. 18-1896

UNITED STATES OF AMERICA,

Appellee,

v.

RAUL ALEXANDER, a/k/a The Old Man,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on April 30, 2020, is amended as follows:

On page 20, line 7, add "(1st Cir. 2015)" after "467".

On page 22, line 7, add a period after the closing parenthesis.